**STATE of Missouri, Respondent,**

**v.**

**Sara Nichole MYERS, Appellant.**

**WD 77335**

Missouri Court of Appeals,
Western District.

FILED: June 2, 2015

Robert J. Bartholomew, Jr., Jefferson City, MO, for respondent.

Ellen H. Flottman, Columbia, MO, for appellant.

Before Division Two: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Cynthia L. Martin, Judges

### ORDER

Per Curiam

Sara Myers was convicted on two counts of delivery of a controlled substance and sentenced to consecutive fourteen-year prison terms. On appeal, Myers contends the trial court abused its discretion during the sentencing hearing by admitting a statement she made to investigators. After a thorough review of the briefs and the record, we find no error and affirm the judgment of conviction. A formal, published opinion would serve no jurisprudential purpose; however, a memorandum explaining the reasons for our decision has been provided to the parties.

AFFIRMED. Rule 30.25(b).